United States Bankruptcy Court
District of Nevada

In re: Case No. 25-11459-abl
IRENE M SCHWARTZ-TALLARD Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2       User: admin       Page 1 of 2
Date Rcvd: Mar 19, 2025       Form ID: 309A       Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | IRENE M SCHWARTZ-TALLARD, 17 CAPRINGTON ROAD, HENDERSON, NV 89052-8716 |
| 12552491 | + | DEPT OF EMPLOYMENT TRANING & REHAB, 500 EAST THIRD ST, Carson City, NV 89713-0001 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: notices@harkerlawfirm.com | Mar 20 2025 00:35:00 | MICHAEL J. HARKER, 2901 EL CAMINO AVE., #200, LAS VEGAS, NV 89102 |
| tr | + | EDI: BSDKROHN.COM | Mar 20 2025 04:29:00 | SHELLEY D KROHN, PO Box 34690, LAS VEGAS, NV 89133-4690 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Mar 20 2025 00:36:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12552479 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2025 00:37:00 | AMERICAN HONDA FINANCE, Acct No xxxxx5515, PO BOX 6070, Cypress, CA 90630-6070 |
| 12552480 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2025 00:37:00 | AMERICAN HONDA FINANCE, PO BOX 6070, Cypress, CA 90630-6070 |
| 12552481 | + | EDI: BANKAMER | Mar 20 2025 04:29:00 | Bank of America, Acct No xxxxxxxxxxxx5071, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 12552484 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 20 2025 00:36:00 | Citizens Bank, Acct No xxxxxxxxxxxx6909, Citizens Bank, One Citizens Plaza 02903, Providence, RI 02903 |
| 12552485 | + | Email/Text: AOBusOfc@clarkcountynv.gov | Mar 20 2025 00:36:00 | CLARK COUNTY ASSESSOR, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, BOX 551401, Las Vegas, NV 89155-4502 |
| 12552486 | + | Email/Text: Trbank@clarkcountynv.gov | Mar 20 2025 00:36:00 | CLARK COUNTY TREASURER, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, BOX 551220, Las Vegas, NV 89155-4502 |
| 12552482 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:29:00 | Capital One, Acct No xxxxxxxxxxxx2080, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12552483 | + | EDI: CAPITALONE.COM | Mar 20 2025 04:29:00 | Capital One, Acct No xxxxxxxxxxxx0374, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 12552487 | + | EDI: WFNNB.COM | Mar 20 2025 04:29:00 | Comenity Bank/Victoria Secret, Acct No xxxxxxxxxxxx5327, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 12552488 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:39:17 | Credit One Bank, Acct No xxxxxxxxxxxx8704, |

| District/off: 0978-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2025 | Form ID: 309A | Total Noticed: 24 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12552490 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:38:07 | Credit One Bank, Acct No xxxxxxxxxxxx9225, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12552489 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 20 2025 00:38:48 | Credit One Bank, Acct No xxxxxxxxxxxx7146, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 12552492 | + | EDI: IRS.COM | Mar 20 2025 04:29:00 | INTERNAL REVENUE SERVICE, PO BOX 7346, Philadelphia, PA 19101-7346 |
| 12552494 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 20 2025 00:36:00 | Kohl's, Acct No xxxxxxxxxxxx2065, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 12552495 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Mar 20 2025 00:37:00 | NEVADA DEPT OF TAXATION, 555 E. WASHINGTON AVE #1300, Las Vegas, NV 89101-1046 |
| 12552496 | | EDI: PRA.COM | Mar 20 2025 04:29:00 | Portfolio Recovery Associates, LLC, Acct No xxxxxxxxxxxxxxx1220, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12552497 | | EDI: PRA.COM | Mar 20 2025 04:29:00 | Portfolio Recovery Associates, LLC, Acct No xxxxxxxxxxxxxxx9444, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 12552498 | + | Email/Text: bankruptcynotices@sba.gov | Mar 20 2025 00:36:00 | SMALL BUSINESS ADMINISTRATION, 409 3RD ST SW FL 5, Washington, DC 20416-0002 |
| 12552499 | + | Email/Text: ssa.bankruptcy@ssa.gov | Mar 20 2025 00:36:00 | SOCIAL SECURITY ADMINISTRATION, 160 SPEAR STREET, SUITE 800, San Francisco, CA 94105-1545 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12552493 | *+ | INTERNAL REVENUE SERVICES, PO BOX 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2025            Signature:    /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | IRENE M SCHWARTZ-TALLARD<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx-xx-5627<br>EIN: __-_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: ____<br>EIN: __-_____ |
| United States Bankruptcy Court: | District of Nevada | Date case filed for chapter:    7    3/18/25 |
| Case number: | 25-11459-abl | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | IRENE M SCHWARTZ-TALLARD | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17 CAPRINGTON ROAD<br>HENDERSON, NV 89052 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL J. HARKER<br>2901 EL CAMINO AVE., #200<br>LAS VEGAS, NV 89102 | Contact phone (702) 248-3000<br>Email: notices@harkerlawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | SHELLEY D KROHN<br>PO Box 34690<br>LAS VEGAS, NV 89133 | Contact phone (702) 421-2210 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline**    page 1

Debtor  **IRENE M SCHWARTZ–TALLARD**                                        Case number **25–11459–abl**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 3/18/25 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 24, 2025 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information, go to www.justice.gov/ust/moc** | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 772 642 9683, and Passcode 4548176108, OR call 1 725 237 1887** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/23/25** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                           page **2**