Casey J. Nelson, Esq.
Nevada Bar # 12259
Brandon Trout, Esq.
Nevada Bar # 13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Neighbor to Neighbor Homes, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>IRENE M. TALLARD-SCHWARTZ<br><br>     Debtor. | CASE NO.:  25-11459-abl<br>CHAPTER:  7<br><br><br>Date of Hearing: OST Pending<br>Hearing Time: OST Pending |

On April 1, 2025, I served the following document(s):

    **1.**    **Motion for Relief from Automatic Stay.**

    **2.**    **Ex Parte Motion for Order Shortening Time for Hearing on Motion for Relief from Automatic Stay.**

    **3.**    **Declaration in Support of Ex Parte Motion for Order Shortening Time for Hearing on Motion for Relief from Automatic Stay.**

    **4.**    **362 Information Sheet**

    **5.**    **Attorney Information Sheet and Certificate of Counsel**

by the following means to the persons listed below:

*///*

-1-

by the following means to the persons listed below:

    **a.  EFC System:**

MICHAEL J. HARKER on behalf of Debtor IRENE M SCHWARTZ-TALLARD
notices@harkerlawfirm.com,  mharker@harkerlawfirm.com; r41501@notify.bestcase.com

SHELLEY D KROHN
shelley@trusteekrohn.com, NV27@ecfcbis.com; becca@trusteekrohn.com; brenda@trusteekrohn.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED this 1st day of April 2025.


                */s/ Nikki L. Trautman*
                _____
                An Employee of the Office of the General Counsel
                for Wedgewood, LLC