NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

IRENE M SCHWARTZ–TALLARD

                    Debtor(s)

BK–25–11459–mkn
CHAPTER 7

NOTICE OF DOCKETING
ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

Docket Number/Entry:

*10* – Motion for Relief from Stay Property: 17 Caprington Rd., Henderson, NV 89052 Fee Amount $199. Filed by BRANDON TROUT on behalf of Neighbor to Neighbor Homes, LLC (TROUT, BRANDON)

*12* – Motion for Order Shortening Time Filed by BRANDON TROUT on behalf of Neighbor to Neighbor Homes, LLC (Related document(s)10 Motion for Relief from Stay filed by Interested Party Neighbor to Neighbor Homes, LLC)(TROUT, BRANDON)

*13* – Declaration Of: Brandon Trout, Esq. Filed by BRANDON TROUT on behalf of Neighbor to Neighbor Homes, LLC (Related document(s)12 Motion for Order Shortening Time filed by Interested Party Neighbor to Neighbor Homes, LLC) (TROUT, BRANDON)

*14* – 362 Information Sheet Filed by BRANDON TROUT on behalf of Neighbor to Neighbor Homes, LLC (Related document(s)10 Motion for Relief from Stay filed by Interested Party Neighbor to Neighbor Homes, LLC) (TROUT, BRANDON)

*15* – Attorney Information Sheet Filed by BRANDON TROUT on behalf of Neighbor to Neighbor Homes, LLC (Related document(s)10 Motion for Relief from Stay filed by Interested Party Neighbor to Neighbor Homes, LLC) (TROUT, BRANDON)

Filed On:                           4/1/25
With A Hearing Date Of:             N/A
And A Hearing Time Of:              N/A

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 4/2/25

*Mary A Schott*

Mary A. Schott
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**