Casey J. Nelson, Esq.
Nevada Bar # 12259
Brandon Trout, Esq.
Nevada Bar # 13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Neighbor to Neighbor Homes, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | CASE NO.: 25-11459-mkn |
|---|---|
| IRENE M SCHWARTZ-TALLARD, | CHAPTER: 7 |
| Debtor. | Date of Hearing: April 16. 2025<br>Hearing Time: 1:30 p.m. |

**<u>NOTICE OF ENTRY OF ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**

///

///

///

///

///

///

///

-1-

NOTICE IS HEREBY GIVEN that on the 7th day of April 2025, the Order Granting Ex Parte Motion for Order Shortening Time for Hearing on Motion for Relief from Automatic Stay was entered in the above-entitled action, a copy of which is attached hereto.

DATED this 7th day of April 2025.

        WEDGEWOOD, LLC

        */s/ Brandon Trout*
        _____
        CASEY J. NELSON, ESQ.
        Nevada Bar #12259
        BRANDON TROUT
        Nevada Bar #13411
        Office of the General Counsel
        2320 Potosi Street, Suite 130
        Las Vegas, Nevada 89146

        *Attorneys for Movant*
        *Neighbor to Neighbor Homes, LLC*

# CERTIFICATE OF SERVICE

On April 7, 2025, I served the following document(s):

1. **Notice of Entry of Order Granting Ex Parte Motion for Order Shortening Time for Hearing on Motion for Relief From Automatic Stay.**

by the following means to the persons listed below:

    **a. EFC System:**

MICHAEL J. HARKER on behalf of Debtor IRENE M SCHWARTZ-TALLARD
notices@harkerlawfirm.com, mharker@harkerlawfirm.com; r41501@notify.bestcase.com

SHELLEY D KROHN
shelley@trusteekrohn.com, NV27@ecfcbis.com; becca@trusteekrohn.com; brenda@trusteekrohn.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

    I declare under penalty of perjury that the foregoing is true and correct.

    DATED this 7th day of April 2025.

                  */s/ Nikki L. Trautman*
                   _____
                   An Employee of the Office of the General Counsel for Wedgewood, LLC

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 07, 2025
_____

Casey J. Nelson, Esq.
Nevada Bar # 12259
Brandon Trout, Esq.
Nevada Bar # 13411
WEDGEWOOD, LLC
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146
Tel: (702) 305-9157
Fax: (310) 730-5967
caseynelson@wedgewood-inc.com
btrout@wedgewood-inc.com

*Attorneys for Movant*
*Neighbor to Neighbor Homes, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | CASE NO.: 25-11459-mkn<br>CHAPTER: 7 |
| IRENE M SCHWARTZ-TALLARD,<br><br>Debtor. | Hearing Date: April 16, 2025<br>Hearing Time: 1:30 PM |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

-1-

The Court has considered the *Ex Parte* Motion for Order Shortening Time for Motion for Relief from Automatic Stay filed on April 1, 2025.

Good cause appearing therefore, IT IS HEREBY ORDERED that the time for hearing the Motion for Relief from Automatic Stay will be heard on the **16th** day of **April 2025** at the hour of **1:30 p.m**. in by a United States Bankruptcy Judge. Any objection to the motion should be filed on or before **April 14, 2025**. Any response to any objection should be filed on or before **April 15, 2025**. Service of the Order shortening time shall be in accordance with LR 9006. Parties wishing to appear and participate at this hearing shall call the telephone conference line **1(833) 435-1820,** Meeting ID **161 062 2560**  Passcode **029066**#.

IT IS SO ORDERED.

Respectfully Submitted by:

WEDGEWOOD, LLC

*/s/ Brandon Trout*

_____
CASEY J. NELSON, ESQ.
Nevada Bar #12259
BRANDON TROUT
Nevada Bar #13411
Office of the General Counsel
2320 Potosi Street, Suite 130
Las Vegas, Nevada 89146

*Attorneys for Movant*
*Neighbor to Neighbor Homes, LLC*